become unnecessary to deal with them here. As to the motion of appellee to dismiss the appeal on the ground that certain documents never became part of the common-law record and were not incorporated in a bill of exceptions, we are of the opinion that it should be denied.

Finding no error in the record the judgment is affirmed.

*Affirmed.*

---

**Roy C. Holbrook, Defendant in Error, v. L. C. Lawton, Plaintiff in Error.**

**Gen. No. 22,670.    (Not to be reported in full.)**

Error to the Circuit Court of Cook county; the Hon. LOCKWOOD HONORE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Dismissed. Opinion filed October 10, 1917.

**Statement of the Case.**

Action in assumpsit by Roy C. Holbrook, plaintiff, against L. C. Lawton, defendant. From a judgment for plaintiff by default, defendant brings error.

See *Holbrook v. Lawton,* Gen. No. 22,356, *ante,* p. 497, in which an appeal was taken by plaintiff from an order vacating and setting aside the judgment.

JOHN S. MILLER and MANIERRE & PRATT, for plaintiff in error.

HELDMAN, JACOBSON & GRAFF and THOMAS J. DAWSON, for defendant in error; WILLIAM E. RAFFERTY, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 9*—*when writ of error to review and reverse judgment dismissed.* A writ of error to review and reverse a judgment taken by default will be dismissed where, on an appeal from an order vacating and setting aside the judgment, the judgment of the lower court was affirmed, as the reason for the writ of error failed.

---

Anna J. S. Harmon, Appellee, v. A. P. Callahan, Appellant.

## Gen. No. 22,404.

MUNICIPAL COURT OF CHICAGO, § 27*—*what ruling of trial judge must be preserved in bill of exceptions.* The ruling of a trial judge of the Municipal Court of Chicago in a first-class case striking an amended affidavit of merits from the files must be preserved in a bill of exceptions.

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed October 10, 1917. Rehearing denied October 25, 1917.

WILLARD C. MCNITT and JOSEPH A. BATES, for appellant.

CULVER, ANDREWS, KING & COOK, for appellee; WELLS M. COOK, of counsel; on petition for rehearing. CHRISTOPHER KING, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.